Jean Paul Lauren

2716 Turbulence Lane, Apt#A103

Bozeman, Montana 59718

406-581-1525

[swimyoga@gmail.com](swimyoga@gmail.com)

Plaintiff, representing self

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE, DIVISION

_____

| | |
|---|---|
| **Jean Paul Lauren,** | ) |
| | ) Cause No. |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Complaint |
| | ) |
| **Montana State University** | ) |
| **Cruzado** | ) |
| **Paxton** | ) |
| **McNeil** | ) |
| **Defendants** | ) |

I am filing as 'pro se' and 'pauperis'.

We are suing for damages of legal penalties, tuition and expenses, lost income, defamation, pain and suffering, contractual failure, and other.

I am filing this ADA complaint and other after trying to resolve through the Montana State University system, the Montana Board of Regents, and finally the Human Rights Bureau through mediation. All were unsuccessful. I am filing this ADA complaint within Montana's 300 day statute of limitations for failing to provide the reasonable accommodations I needed to continue my studies in the Fall of 2022 (I had to drop the classes on August 22nd roughly the day before class). I was also refused admittance to the PhD program in Computer Science on August 18th by the GARC (Graduate Admission & Registration Committee) when I was already a student in good standing and had already demonstrated success in the PhD program with a 3.8 GPA on 45 PhD credits. Also with that committee decision, I was told that there was no Medical Leave of Absence policy when I had been granted one in 2010.

I was discriminated against under the American Disability Act by not providing the accommodations I needed to continue my studies in the Fall of 2022, I was discriminated against under the ADA for denying my admittance to the PhD program in Computer Science, and I was discriminated against under the ADA by refusing to recognize my previously requested Medical Leave of Absence.

I have been discriminated against both on my age and disabilities, as an older disabled veteran student.

In the process of these denials under the ADA, MSU conspired to deny the accommodations and access to continue studies in the

PhD program. This conspiracy rises to the level of violating the RICO Act.

Finally, MSU staff and management have defamed this student by saying he could not do the PhD program when in fact he had already been successful in the PhD program.

This complaint is made under the American Disability Act, the RICO Act, Defamation laws, and contract laws. This complaint will also show a systemic discrimination, conspiracy, defamation, and contractual violations since the student began his PhD program in the summer of 2007.

Freedom Of Information Act (FOIA) requests are being made for MSU emails and documents to support the ADA violations, conspiracy under RICO, defamation, and contractual violations.

I would like my day in court with a jury trial.


DATED this 1st day of June, 2023

Respectively submitted,

  J Lauren

Jean Paul Lauren