UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JEAN PAUL LAUREN,<br><br>              Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY; WADED CRUZADO; JOHN PAXTON AND MICHAEL MCNEIL,<br><br>              Defendant. | Case No. CV-23-36 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED

1. Defendants' motion to dismiss (Doc. 12) is GRANTED.
2. Lauren's motions to stay consideration of Defendants' motion to dismiss (Doc. 15); (Doc. 17) are DENIED.
3. Judgment is entered in favor of Defendants.

Dated this 12th day of March, 2024.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Athena Cobb
                              Athena Cobb, Deputy Clerk